(108 So. 921)

Claud BRITT v. STATE. (7 Div. 79.) (Court of Appeals of Alabama. April 13, 1926. Rehearing Denied May 18, 1926.) Appeal from Circuit Court, De Kalb County; W. W. Haralson, Judge. Distilling. Isbell & Scott and J. V. Curtis, all of Fort Payne, for appellant. Harwell G. Davis, Atty. Gen., and Thos. E. Knight, Jr., Asst. Atty. Gen., for the State.

RICE, J. Affirmed.

---

(108 So. 922)

Pleas BROADHEAD v. STATE. (1 Div. 687.) (Court of Appeals of Alabama. May 11, 1926.) Appeal from Circuit Court, Clarke County; John McKinley, Judge. Burglary.

RICE, J. Motion to dismiss appeal overruled. Judgment of conviction affirmed.

---

(105 So. 923)

Darling BROADUS v. STATE. (1 Div. 630.) (Court of Appeals of Alabama. Nov. 17, 1925.) Appeal from Circuit Court, Mobile County; Joel W. Goldsby, Judge.

BRICKEN, P. J. The defendant was indicted for the offense of manufacturing, making, or distilling alcoholic, spirituous, malted, or mixed liquors or beverages, a part of which was alcohol, and for the unlawful possession of a still, etc., to be used for the purpose of manufacturing prohibited liquors or beverages. This indictment was returned into open court and duly filed on October 17, 1924. On December 10, 1924, he was arraigned upon this indictment and for answer thereto pleaded, "Guilty as charged therein." Notwithstanding the plea of guilty, he appealed to this court from the judgment of conviction rendered in the court below. The appeal is upon the record proper, and no error appears thereon. This appeal was manifestly for delay only. Let the judgment appealed from be affirmed. Affirmed.

---

(106 So. 914)

Isaiah BROCK v. STATE. (5 Div. 543.) (Court of Appeals of Alabama. Nov. 24, 1925.)

Appeal from Circuit Court, Chambers County; N. D. Denson, Judge. Distilling.

SAMFORD, J. Appeal dismissed.

---

(108 So. 922)

Jake BROCK v. STATE. (6 Div. 884.) (Court of Appeals of Alabama. April 27, 1926.) Appeal from Circuit Court, Lamar County; R. L. Blanton, Judge. Violating prohibition law.

RICE, J. Appeal dismissed.

---

(109 So. 923)

I. G. BROWN v. CITY OF ALBANY. (8 Div. 364.) (Court of Appeals of Alabama. Oct. 26, 1926.) Appeal from Morgan County Court; W. T. Lowe, Judge. S. A. Lynne, of Decatur, for appellant. Wert & Hutson, of Decatur, for appellee.

RICE, J. Appellant was convicted of the offense of violating an ordinance of the city of Albany which prohibited the driving of an autobile while intoxicated. The court has read the entire record en banc. We find no evidence that shows or tends to show that appellant drove or attempted to drive the automobile in which he was found sitting, under the influence of liquor, for any distance whatsoever in said city. It results that the general affirmative charge duly requested by him should have been given, and that for its refusal the judgment of conviction will be reversed and the cause remanded. Reversed and remanded.

---

(106 So. 914)

RICE, J. Appeal dismissed.

---

(108 So. 922)

Robert BROWN v. STATE. (5 Div. 612.) (Court of Appeals of Alabama. April 20, 1926.) Appeal from Circuit Court, Elmore County; G. F. Smoot, Judge. Violating prohibition law.

BRICKEN, P. J. Appeal dismissed on motion of state.

---

(109 So. 923)

Robert BROWN v. STATE. (7 Div. 272.) (Court of Appeals of Alabama. June 1, 1926.) Appeal from Circuit Court, Cleburne County; R. B. Carr, Judge. Distilling.

RICE, J. Affirmed.